Commonwealth *v.* Moore, Appellant.

Submitted March 19, 1973. *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant was convicted on three bills charging aggravated robbery (No. 108), burglary (No. 109), and carrying a firearm without a license (No. 110, second count), and received concurrent sentences on all convictions. The evidence does not sustain a conviction for violation of the Uniform Firearms Act.

The conviction on Bill No. 110, second count, is vacated and the indictment quashed. The record is remanded to the court below for resentence on the valid convictions. *Commonwealth v. Lockhart,* 223 Pa. Superior Ct. 60, 65, 296 A. 2d 883 (1972).

WRIGHT, P. J. and WATKINS, J., dissent.

Commonwealth *v.* Moore, Appellant.

Argued March 20, 1973. *Irwin Lee Gross,* with him *Nissenbaum, Gross & Rudolph,* for appellant; *James J. Wilson,* Assistant District Attorney,

736

with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Muldrow, Appellant.

Argued March 29, 1973.

*Joanna K. Weinberg*, with her *Louis M. Natali, Jr.*, and *Segal, Appel & Natali*, for appellant; *Philip J. O'Malley*, Assistant District Attorney, with him *Ralph B. D'Iorio*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Submitted March 19, 1973. *Richard C. Shay*, Assistant Public Defender, for appellant; *Ronald L. Buckwalter*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Nash, Appellant.